WILLIAM HOWE, Appellant, *v.* BOSTON AND ALBANY RAILROAD COMPANY, Respondent.

(Argued October 13, 1884; decided October 31, 1884.)

*Andrew Hamilton* for appellant.

*Hamilton Harris* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

------

LOWELL TALBOT, as Trustee, etc., Appellant, *v.* GEORGE W. ADAMS et al., Respondents.

(Argued October 14, 1884; decided October 31, 1884.)

*Gershom A. Seixas* for appellant.

*Daniel B. Thompson* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.